FILED

NOV 17 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUENTIN S. HANKS,<br><br>Defendant. | ) | CRIMINAL NO. 26-30154-DWD<br><br>Title 18, United States Code,<br>Section 844(i) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**ARSON RESULTING IN DEATH**

On or about October 19, 2026, in St. Clair County, within the Southern District of Illinois,

**QUENTIN S. HANKS,**

defendant herein, maliciously damaged and destroyed by means of fire the building located at 240 South 88th Street, Cahokia Heights, Illinois, used in interstate commerce, and as a foreseeable result of the fire a person died, all in violation of Title 18, United States Code, Section 844(i).

**COUNT 2**
**ARSON**

On or about October 19, 2026, in St. Clair County, within the Southern District of Illinois,

**QUENTIN S. HANKS,**

defendant herein, maliciously damaged and destroyed by means of fire the building located at 220 South 88th Street, Cahokia Heights, Illinois, used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## NOTICE OF SPECIAL FINDINGS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592

**THE GRAND JURY FURTHER FINDS:**

As to Count One,

a. the defendant, **QUENTIN S. HANKS,** was 18 years of age or older at the time of the offense;

b. the defendant, **QUENTIN S. HANKS,** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than the participant in the offenses, such that participation in the act constituted a reckless disregard for human life and a person died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2)(D));

c. the death occurred during the commission of an enumerated felony under Title 18, United States Code, Section 844(i) (destruction of property affecting interstate property by fire) (Title 18, United States Code, Section 3592(c)(1));

d. the defendant, **QUENTIN S. HANKS**, in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (Title 18, United States Code, Section 3592(c)(5)).

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.11.14 16:24:18 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

JENNIFER HUDSON
Assistant United States Attorney

CAHAL MCCOLGAN
Assistant United States Attorney

Recommended Bond: Detention